SHERMAN BEDDINGFIELD v. THE STATE.

No. 18349. Delivered April 22, 1936.

The opinion states the case.

*Bailey & Blum,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception.

We find in the record an affidavit on the part of appellant to the effect that he was unable to pay for a statement of facts or give security therefor. There is nothing in the record to show that said affidavit was called to the attention of the trial judge. It follows that a reversal of the judgment on the ground that appellant has been deprived of a statement of facts would not be warranted.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.